**Order filed November 16, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00786-CV
_____

**JA'DAWN HARRISON, Appellant**

**V.**

**RODERICK HARRISON, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-65347**

---

## ORDER

The notice of appeal in this case was filed October 3, 2017. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. On October 26, 2017, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. In response, appellant notified this court she was indigent. This court deemed appellant indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. This court further informed appellant that to obtain the

clerk's record without payment of costs, a party must file a Statement of Inability to Afford Payment of Court Costs in the trial court. *See* Tex. R. Civ. P. 145. Appellant has not demonstrated to this court that she has paid for the record or that she has complied with Texas Rule of Civil Procedure 145 in the trial court. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made arrangements to pay for the clerk's record or filed a Statement of Inability to Afford Payment of Court Costs pursuant to Rule 145 of the Texas Rules of Civil Procedure on or before **December 15, 2017**. See Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. See Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.